IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OLIN CORPORATION and PIONEER AMERICAS LLC D/B/A OLIN CHLOR ALKALI PRODUCTS, )<br><br>Plaintiff, )<br><br>v. )<br><br>CONTINENTAL CASUALTY COMPANY, FACTORY MUTUAL INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, ZURICH INSURANCE IRELAND LTD., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, and ACE AMERICAN INSURANCE COMPANY, )<br><br>Defendants. ) | CASE NO.: 2:10-cv-00623-GMN-RJJ<br><br><br>**SUPPLEMENT TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL (# 50)** |

Lorelie S. Masters, Petitioner, hereby supplements her Verified Petition for Permission to Practice in this Case Only and Designation of Local Counsel (#50) ("Verified Petition") and in support thereof respectfully represents to the Court:

     1.    On August 9, 2010, Petitioner filed a Verified Petition seeking permission to represent plaintiff Olin Corporation in this case only (# 50). The Court granted Petitioner's Verified Petition on August 11, 2010 (# 53).

     2.    Petitioner's Verified Petition was limited to plaintiff Olin Corporation because plaintiff Pioneer Americas LLC ("Pioneer") had not executed a Designation of Resident Attorney Admitted to the Bar of this Court and Consent Thereto and Appointment of Designated Resident Nevada Counsel. Verified Petition at 5.

4.      Pioneer has retained Petitioner as a member of the law firm Jenner & Block to provide legal representation in connection with the above-entitled case now pending before this Court.

5.      Pioneer has executed the attached Designation of Resident Attorney Admitted to the Bar of this Court and Consent Thereto and Appointment of Designated Resident Nevada Counsel.

Wherefore Petitioner respectfully prays that the Verified Petition be supplemented accordingly and that he be admitted to represent Pioneer before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____

Petitioner's signature

DISTRICT OF COLUMBIA  )
                      )      ss.
WASHINGTON            )

Lorelie S. Masters, Petitioner, being first duly sworn, deposes and says: that the foregoing statements are true.

_____

Petitioner's signature

Subscribed and sworn to before me this
15th day of November, 2010.

_____
Notary Public

CHERYL L. OLSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 31, 2014

2

1908528.1

### DESIGNATION OF RESIDENT ATTORNEY
### ADMITTED TO THE BAR OF THIS COURT
### AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the clients to designate Steve Morris, Attorney at Law,

member of the State of Nevada and previously admitted to practice before the above-entitled

Court to serve as associate residence counsel in this action. The address of said designated

Nevada counsel is:

> Steve Morris Morris Peterson
> 900 Bank of America Plaza
> 300 South Fourth Street
> Las Vegas, NV 89101
> (702) 474-9400

By this designation, the Petitioner and the undersigned party agree that this designation

constitutes agreement and authorization for the designated resident admitted counsel to sign

stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned parties appoint Steve Morris and the law firm of Morris Peterson as its

Designated Resident Nevada Counsel in this case.

PIONEER AMERICAS LLC D/B/A OLIN CHLOR
ALKALI PRODUCTS
John McIntosh, CEO & President

3

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this

case.

#1543

Designated Resident Nevada Counsel's Signature   Bar number

APPROVED this 19th day of November, 2010.

Gloria M. Navarro
United States District Judge

**4**

1908528.1