JONQUIL WHITEHEAD, ESQ.
Nevada Bar No.: 10783
HALL PRANGLE & SCHOONVELD, LLC
777 N. Rainbow Blvd., Ste. 225
Las Vegas, NV 89107
(702) 889-6400- Office
(702) 384-6025 – Facsimile
jwhitehead@hpslaw.com

PETER E. KANARIS (Pro Hac Vice)
DAVID E. HEISS (Pro Hac Vice)
MEGAN E. RITENOUR (Pro Hac Vice)
FISHER KANARIS, P.C.
200 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
Tel: (312) 474-1400
Fax:(312) 474-1410
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OLIN CORPORATION, and PIONEER AMERICAS, LLC d/b/a OLIN CHLOR AKALI PRODUCTS,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, FACTORY MUTUAL INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, ZURICH INSURANCE IRELAND, LTD., NATIONAL UNION FIRE INSURANCE COMPANY of PITTSBURGH, PENNSYLVANIA, and ACE AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:10-CV-00623<br>Case No.: 2:10-CV-01298<br><br><br><br>**DEFENDANT CONTINENTAL CASUALTY COMPANY'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF BURL DANIEL (DKT. #245)** |
| CONTINENTAL CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>OLIN CORPORATION,<br>Defendant. | |

NOW COMES Defendant Continental Casualty Company ("Continental"), by and through their undersigned attorneys of record, and for its Motion to File Documents Under Seal in Support of its Motion *in Limine* to Exclude Testimony of Burl Daniel, states as follows:

1. On January 17, 2013, Defendant Continental filed its Motion *in Limine* to Exclude Testimony of Burl Daniel (Dkt. #245).

2. Defendant Continental cited three exhibits in conjunction with its motion:

    a. Exhibit A – Plaintiffs' Rule 26(a)(2) Expert Disclosure

    b. Exhibit B – Expert Report of Burl Daniel

    c. Exhibit C – Deposition Transcript of Burl Daniel

3. In accordance with the Stipulated Protective Order filed by the Parties (Dkt. #63) and the entered by this Court (Dkt. #65), Defendant Continental respectfully requests that the exhibits cited in Defendant Continental's Motion *in Limine* to Exclude Testimony of Burl Daniel be filed under Seal as Confidential information in accordance with the Stipulated Protective Order filed by the Parties (Dkt. #63) and the entered by this Court (Dkt. #65).

Dated this 21st day of January, 2013

Respectfully submitted,

ATTORNEYS FOR DEFENDANT
CONTINENTAL CASUALTY COMPANY

By:  /s/ Jonquil Whitehead
Jonquil Whitehead
Nevada Bar # 10783
HALL PRANGLE & SCHOONVELD, LLC
777 N. Rainbow Blvd., Ste. 225
Las Vegas, NV  89107

/s/ Megan E. Ritenour
Peter E. Kanaris (*Pro Hac Vice*)
David E. Heiss (*Pro Hac Vice*)
Megan E. Ritenour (*Pro Hac Vice*)
FISHER KANARIS, PC
200 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**HALL PRANGLE & SCHOONVELD, LLC**
RAINBOW CORPORATE CENTER
777 NORTH RAINBOW BLVD., STE. 225
LAS VEGAS, NEVADA 89107
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025

## ORDER

**IT IS SO ORDERED** this 23rd day of January, 2013.

_____
Gloria M. Navarro
United States District Judge

. . .

. . .

. . .

HALL PRANGLE & SCHOONVELD, LLC
RAINBOW CORPORATE CENTER
777 NORTH RAINBOW BLVD., STE. 225
LAS VEGAS, NEVADA 89107
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025