UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| Olin Corporation; and Pioneer Americas, LLC d/b/a Olin Chlor Alkali Products, | ) ) ) | |
| Plaintiffs, | ) | Case No.: 2:10-cv-00623-GMN-NJK |
| vs. | ) ) | 2:10-cv-01298-GMN-NJK |
| Continental Casualty Company, | ) ) | ORDER |
| Defendant. | ) ) | |
| Continental Casualty Company, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Olin Corporation, | ) ) | |
| Defendant. | ) ) | |

Pending before the Court are eight motions in limine filed by the parties. For the reasons discussed in court on January 28, 2013, and at calendar call on January 22, 2013, the Court orders the following:

**IT IS HEREBY ORDERED** that the Motion in Limine to Exclude Evidence of Damages for Bad Faith and of Continental's Net Worth (ECF No. 246) and the Motion in Limine to To Exclude Evidence of Any Post-Coverage Position Actions to Support Violations of NRS 686A.310 (ECF No. 244) are **DENIED as moot**, pursuant to the parties' representations in court on January 28, 2013, that the parties have reached a settlement as to Counts II and III of Olin's Complaint, and the motions are therefore

withdrawn.

**IT IS FURTHER ORDERED** that the Motion in Limine to Exclude the Testimony of Thomas Jur (ECF No. 224) and the Motion in Limine to Exclude the Testimony of Burl Daniel (ECF No. 245) are **DENIED** for the reasons discussed by the Court on January 28, 2013.

**IT IS FURTHER ORDERED** that the General Motion in Limine (ECF No. 247) is **DENIED** for the reasons stated in Olin's opposition.

**IT IS FURTHER ORDERED** that the Motion for Leave to File Additional Motions in Limine (ECF No. 261) is **GRANTED** pursuant to the parties' representations in court on January 28, 2013, and is limited to motions in limine filed in the docket before the close of business on January 28, 2013.

**IT IS FURTHER ORDERED** that the Motion in Limine to Exclude the Settlement Agreement (ECF No. 262) is **GRANTED** pursuant to the parties' stipulation and agreement as represented to the Court on January 28, 2013.

**IT IS FURTHER ORDERED** that the Motion in Limine to Exclude Testimony of Former Counsel (ECF No. 264) is **DENIED** for the reasons stated in court on January 28, 2013.

**DATED** this 30th day of January, 2013.

_____
Gloria M. Navarro
United States District Judge