## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| OLIN CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>                Defendant. | 2:10-cv-00623-GMN-NJK<br><br>MINUTES OF THE COURT<br><br>DATED: February 6, 2013 |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Michael Zadina      COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Craig Martin, Matthew Thomas, and Sara Horton

COUNSEL FOR DEFENDANT: Peter Kanaris, Megan Ritenour, and David Heiss

MINUTES OF PROCEEDINGS: Jury Trial (Day 7)

The Court convenes at 9:15 a.m.

**DR. WAYNE BRITTON,** having previously been sworn, resumed the stand and testified on cross examination by Mr. Thomas, re-direct examination by Mr. Kanaris, follow-up examination by Mr. Kanaris, then is excused.  ***Court exhibit 10 marked and admitted into evidence.***

Court recessed at 10:30 a.m.  Jury was admonished and excused.

Court reconvened at 10:50 p.m.  Parties stipulated to their presence.

**NICHOLAS BOZOVICH,** is called to the stand, sworn, and testified on direct examination by Mr. Kanaris, cross examination by Mr. Martin.  ***Exhibit 585 is marked and admitted into evidence.***

Court recessed for lunch at 12:00 p.m.  Jury was admonished and excused.

Court reconvened at 1:22 p.m.  Parties stipulated to their presence.

**Defendant rests case-in-chief.**

**IT IS ORDERED** Plaintiff's Motion for Entry of Judgment (#290) is **denied.**  Defendant's Renewed Motion for a Directed Verdict is **denied.**

**Plaintiff begins rebuttal case.**

**KEITH TEPPER,** is called to the stand, sworn, and testified on direct examination by Ms. Horton, cross examination by Mr. Heiss, then is excused.

**RICHARD ROMINE,** having previously been sworn, resumed the stand and testified on direct examination by Mr. Thomas, cross examination by Ms. Ritenour, then is excused. *Court exhibit 11 is marked and admitted.*

**Plaintiff rests rebuttal case.**

**Defendant waives rebuttal case.**

**IT IS ORDERED** the civil jury trial in this matter shall continue to **Thursday, February 7, 2013 at 9:30 a.m.**

The jury is admonished and excused at 2:45 p.m.

**IT IS ORDERED** Defendant's Motion to Strike Testimony of Richard Romine is **denied.** Plaintiff's Renewed Motion for Entry of Judgment is **denied.** Defendant's Renewed Motion for a Directed Verdict is **denied.**

Court recessed outside the presence of the jury at 2:59 p.m.

Court reconvened outside the presence of the jury at 3:47 p.m.

Jury instructions and jury verdict are settled on the record. Objections are sustained and overruled as stated on the record.

Court adjourned at 5:45 p.m.


LANCE S. WILSON, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Michael Zadina, Deputy Clerk